# MEMORANDUM DECISIONS.

ABELLO, Respondent, v. PEEKSKILL LIGHTING & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Mary Abello against the Peekskill Lighting & Railroad Company.

PER CURIAM. We think that the defendant, by serving an answer, has waived the right to examine the plaintiff for the purpose of enabling it to plead. Motion to dismiss appeal granted, without costs.

ADOLFF, Appellant, v. MOLIA, Respondent. (Supreme Court, Appellate Term. January 25, 1904.) Action by August Adolff against Louis Molia. From a judgment of the Municipal Court for defendant, plaintiff appeals. Affirmed. Lewkowitz & Schaap, for appellant. G. L. F. Rohan, for respondent.

DAVIS, J. The action is brought to recover a balance of $124.09 claimed to be due for work, labor, and services, and materials furnished. The answer was in effect a general denial, and contained a counterclaim for $225 for breach of contract and improper performance of the work. The questions litigated were questions purely of fact, as to which there was conflicting evidence. There was sufficient evidence to sustain the decision of the Justice presiding at the trial below, and I see no reason why the judgment should be interfered with. Judgment affirmed, with costs. All concur.

ALBANY COUNTY BANK, Respondent, v. PEOPLE'S CO-OPERATIVE ICE CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by the Albany County Bank against the People's Co-Operative Ice Company.

PER CURIAM. Judgment and order reversed and new trial granted with costs to appellant to abide event, on opinion in Albany County Bank v. People's Co-Operative Ice Co., 86 N. Y. Supp. 773.

CHESTER, J., dissents.

ANNEMAN v. HILTON et al. (Supreme Court, Appellate Division, First Department. February 11, 1904.) Action by Charles E. Anneman against Henry G. Hilton and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

APPEL v. ÆTNA LIFE INS. CO. (Supreme Court, Appellate Division, Fourth Department. October Term, 1903.) Action by Amelia M. Appel, as administratrix, etc., against the Ætna Life Insurance Company.

PER CURIAM. Motion to amend decision granted, and decision amended, so as to read: "Defendant's exceptions sustained, and motion for new trial granted, with costs to the defendant to abide event, upon questions of law only; the facts having been examined, and no error found therein." See 83 N. Y. Supp. 238.

ARTHUR v. SIRE. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Daniel V. Arthur against Henry B. Sire. No opinion. Motion denied, with $10 costs.

In re ATWOOD et al. (Supreme Court, Appellate Division, First Department. January 22, 1904.) In the matter of Orlo Atwood and others. T. H. Rothwell, for appellant. W. E. S. Griswold, for respondent. No opinion. Decree affirmed, with costs.

AUGSBURY, Appellant, v. SHURTLIFF, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by David D. Augsbury, as administrator, etc., against Loren F. Shurtliff. No opinion. Judgment and order affirmed, with costs.

BALSAM, Appellant, v. PAIN MFG. Co. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by George Balsam, an infant, by Philip Balsam, his guardian ad litem, against the Pain Manufacturing Company, William R. Hearst, and the city of New York. No opinion. Order affirmed by default, with $10 costs and disbursements.

BARNARD, Appellant, v. BUMP et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by William H. Barnard against Austin S. Bump and Frank S. Bump. No opinion. Judgment affirmed, with costs.

BARNUM, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Joshua W. Barnum against John T. Williams.

PER CURIAM. Appeal dismissed, with $10 costs and disbursements, on the authority of Barnum v. Williams (decided herewith) 86 N. Y. Supp. 821.

BARRETT CHEMICAL CO., Appellant, v. STERN, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by the Barrett Chemical Company against Julius Stern. F. Forbes, for appellant. A. Furber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.